# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED OCTOBER 2, 2025

---

## NO. 03-24-00325-CR

---

**In re Anthony Roberson**

---

**APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS**
**AFFIRMED IN PART; DISMISSED IN PART -- OPINION BY JUSTICE KELLY**

---

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order finding no reasonable probability of non-conviction following the results of post-conviction forensic DNA testing. Therefore, the Court affirms the trial court's order. The Court further dismisses appellant's issues challenging his underlying conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.